# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANICE MARLENE KOSAK AND
JANICE ASHLEY CHAISSON

VERSUS

LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY,
DARRIAN BOZEMAN, BRYAN
BOZEMAN, GEICO CASUALTY
COMPANY

NO.   2021 CW 1376

**NOVEMBER 15, 2021**

---

In Re:   Louisiana Farm Bureau Casualty Insurance Company, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 151193.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JMG**
**GH**

**Chutz, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT